UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                          Chapter 11

2192 Texas Parkway Partners LLC,                            Case No. 21-22563 (SHL)

                                              Debtor.
---------------------------------------------------------x

## DECLARATION OF DISINTERESTEDNESS
## IN SUPPORT OF THE RETENTION OF
## GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
## AS ATTORNEY TO THE DEBTOR

   Kevin J. Nash declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

   1. I am a member of the firm of Goldberg Weprin Finkel Goldstein LLP ("GWFG", or the "Firm"), which maintains offices at 1501 Broadway, New York, New York 10036.

   2. I respectfully submit this Declaration in support of my Firm's proposed retention as attorneys for the debtor, 2192 Texas Parkway Partners LLC (the "Debtor"). I am admitted to practice before this Court and believe that my firm is qualified to represent the Debtor herein.

   3. Neither the Firm nor any member of the Firm holds an interest that would disqualify GWFG from representing the Debtor in connection with the Chapter 11 case.

   4. I have reviewed the schedules of creditors filed by the Debtor herein, and my Firm does not and has never represented any of the creditors listed in the schedules. As such, I believe the Firm is sufficiently disinterested within the meaning of the Bankruptcy Code to serve as counsel.

5. I will bear primary responsibility for this Chapter 11 case. I have considerable experience in bankruptcy matters, having appeared in the Bankruptcy Courts for the Eastern and Southern Districts of New York on a consistent basis since 1984. My firm will perform the services delineated in the Debtor's supporting application.

6. Prior to the commencement of the Chapter 11 cases, my Firm received a retainer payment of $20,000 including the filing fee and noticing expenses, from the Debtor. GWFG shall apply any unused portion of the retainer to compensation to be awarded herein.

7. As is customary, the Firm shall maintain individual time records to identify the particular services rendered on the Debtor's behalf, listing the attorney involved, and the task performed. The Firm's current billing rates for bankruptcy matters are $685.00 per hour for partner time, and between $275.00 to $500.00 for associate time. In the event there are changes in the Firm's billing rates, notice will be providing in writing to the Debtor, the Court and the U.S. Trustee.

Dated: New York, New York
October 28, 2021

/s/ Kevin J. Nash, Esq.